GLOBUS REALTY CORPORATION, Appellant, *v.* FLEETWOOD TERRACE INC., Respondent.

Argued November 13, 1950; decided November 30, 1950.

*Bernard R. Lauren* and *Leonard Wolfram* for appellant.

*Norman J. Steinberg* and *Alfred Jaffe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.